UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

UNITED STATES OF AMERICA,
                    Plaintiff

      vs                                                       Case Number: 11-40077-RDR

RASCHON JONTUE SMITH,
                    Defendant.

## **ORDER**

NOW ON this 19th day of October, 2011, the above-captioned matter comes before the Court upon defendant's motion for a continuance of the trial scheduled herein.

After consideration of the defendant's motion, and for good cause shown, the Court will grant defendant's motion and continue the jury trial.

The Court notes that defendant acknowledged that any delay caused by this continuance shall be excluded from speedy trial calculations for purposes of 18 U.S.C. § 3161(h). Pursuant to the provisions of 18 U.S.C. § 3161(h) the period of time resulting from this delay, shall be excluded in computing the period of time within defendants should be brought to trial under the provisions of the Speedy Trial Act.  The jury trial herein is rescheduled for December 5, 2011 at 9:30 a.m. for defendant.

IT IS THEREFORE ORDERED, that defendant Raschon Jontue Smith's  Motion to Continue Trial Setting (Doc. 13) is granted in part.

Dated this 19th day of October, 2011 at Topeka, Kansas.

                                                                        s/Richard D. Rogers
                                                                        United States District Judge